

FILED

12/31/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0019

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0019

KRISTINE DAVENPORT,

Plaintiff and Appellant,

v.

COUNTY OF LINCOLN, a political
subdivision of the State of Montana;
SHERIFF OF THE COUNTY OF LINCOLN,
State of Montana; and ROBY BOWE,

Defendants and Appellees.

O R D E R

---

On December 28, 2020, Appellant Kristine Davenport petitioned for rehearing in this matter. Although Davenport certified that the word count of her petition complies with M. R. App. P. 20(3), it is apparent that Davenport has not complied with the word limit.

M. R. App. P. 20(3) provides that the text of a petition for rehearing shall not exceed 2,500 words if proportionately spaced or 10 pages if prepared in monospaced typeface or typewritten. Davenport's petition consists of nearly 6,000 words[1] and is 19 pages long.

IT IS THEREFORE ORDERED that Appellant's Petition for Rehearing be returned for revisions necessary to comply with the specified Rule.

IT IS FURTHER ORDERED that Appellant shall file a revised Petition for Rehearing within ten (10) days of the date of this Order with the Clerk of this Court and that the revised Petition for Rehearing be served on each counsel of record; and

IT IS FURTHER ORDERED that the times for response contained in M. R. App. P. 20 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to provide a true copy of this Order to Appellant and to all counsel upon whom the petition was served.

---

[1] Because Davenport improperly inserted numerous improper hyphens between words, an action that serves to circumvent a word processing program's word-count function, an exact word count is difficult to ascertain.

DATED this 31st day of December, 2020.

For the Court,

_____
Justice